IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOSES LINEN,

     Plaintiff,

vs.                                               CASE NO.: 4:06cv461-SPM/WCS

DEPARTMENT OR CHILDREN AND
FAMILIES, STATE OF FLORIDA,

     Defendant.

_____/

## ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT

     This case was stayed to allow Plaintiff to complete administrative

proceedings.  The administrative proceedings should now be concluded.

Accordingly, it is

     ORDERED AND ADJUDGED that Plaintiff shall have up to and including

February 8, 2008, to file a report on the results of the administrative proceedings

and the status of this case.

     DONE AND ORDERED this 28th day of January, 2008.

     *s/ Stephan P. Mickle*
     Stephan P. Mickle
     United States District Judge