IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MOSES LINEN,

    Plaintiff,

vs.                              CASE NO.: 4:06cv461-SPM/WCS

DEPARTMENT OR CHILDREN AND
FAMILIES, STATE OF FLORIDA,

    Defendant.

_____/

## ORDER EXTENDING STAY

Upon consideration of Plaintiff's status report regarding his May 2007 Charge of Discrimination and whistle-blower charge, it is

ORDERED AND ADJUDGED:

1.    The stay is extended to April 1, 2008.

2.    On or before April 1, 2008, Plaintiff shall file a report on the status of the May 2007 Charge of Discrimination and the whistle-blower charge.

DONE AND ORDERED this 29th day of January, 2008.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge